IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMAS RODRIGUEZ,

    Plaintiff,

  v.

                                                  Case No. 16-cv-578-wmc

RN EDGE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice this case pursuant to Federal Rule of Civil Procedure 41(b).

| s/ | 1/4/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |